

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/26/2026 11:00 AM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:25-bk-02056-CPM** | **Chapter 7** | **08/19/2025** |
| **ADVERSARY:   8:25-ap-00296-CPM** | **Pltf Atty:**  Michael P Beltran | |
| | **Dft Atty:** | |
| **DEBTOR:**       Robert Edward Lee Adams | | |

**HEARING:**

Jenergy Air Services, LLC, a Florida limited liabi v. Adams, a Florida individual

Motion for Protective Order and Request for Attorney Fees and Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual. (Attachments: # [1] Exhibit A - 05.04.26 Subpoenas) (Beltran, Michael) Doc #61

**APPEARANCES:**:
AAPPEARANCES: via zoom: Michael Beltran, Anastasia Wagner AAPPEARANCES: in person: Robert Adams, Joel Reynolds (observing)

**RULING:**
Motion for Protective Order and Request for Attorney Fees and Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual. (Attachments: # [1] Exhibit A - 05.04.26 Subpoenas) (Beltran, Michael) Doc #61

  ...Granted (as to protective order in large part and as to attorney fees); 30 days to file fee application; Denied in part (as to the Google subpoena for the period of time 10/1/2023 through 7/31/2024) - Order by Beltran...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.