UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,

_____/

Adv. Proc. No.: 8:25-ap-00296-CPM

Related Case No. 8:25-bk-02056-CPM
Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within seven (7) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

1

**<u>Plaintiffs' Motion to Extend Deadline to File Summary Judgment Motions</u>**

Plaintiffs, JENERGY AIR SERVICES, LLC ("Jenergy") and JENNIFER REYNOLDS ("Reynolds") (collectively "Plaintiffs"), move to extend the deadline for parties to file motions for summary judgment from June 1, 2026, to June 22, 2026. In support of this motion, Plaintiffs state as follows:

1.     Pursuant to the January 16, 2026, Order Setting Final Pretrial and Scheduling Trial (Doc. 31), the current deadline for filing motions for summary judgment is June 1, 2026.

2.     Despite Plaintiffs' diligence, discovery is not complete. Defendant Adams has obstructed and otherwise delayed producing documents responsive to requests for production that Plaintiffs served in December 2025.

3.     Despite the Court ordering a complete document production by May 18 (Doc. 58), Defendant Adams has not fully complied.

4.     On May 21, 2026, Plaintiffs filed a motion for sanctions on the basis of the non-compliance (Doc. 65).

5.     Although Adams provided a "supplemental production" on May 26, 2026, he has still not produced all of the documents that he, himself, admits exist.

6.     Plaintiffs anticipate the documents will be relevant to their motion for summary judgment, whether full or partial.

7.     To provide Plaintiffs a full and fair opportunity to seek summary judgment as to all applicable claims, Plaintiffs request an extension of the deadline from June 1 to June 22. Plaintiffs anticipate that this will provide time for either Defendant Adams to comply with his discovery obligations without further Court involvement or for the Court to rule upon Plaintiffs' motion for sanctions.

8.    WHEREFORE, Plaintiffs respectfully request the Court extend the current summary judgment deadline from June 1 to June 22, 2026.

Filed: May 29, 2026.

Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic systems, which will send a copy to all counsel of record, and will send a copy to Defendant Debtor at:

Robert Edward Lee Adams
robert@smvllc.com
robert.adams@mac.com
*per 5/28/26 agreement for electronic service*

*/s/ Michael Paul Beltran*
Michael P. Beltran