ORDERED.

**Dated:   June 04, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,                     Adv. Proc. No.: 8:25-ap-00296-CPM

_____/                   Related Case No. 8:25-bk-02056-CPM
                                                    Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER
AND REQUEST FOR ATTORNEY FEES AND SANCTIONS**

THIS CASE came for hearing May 26, 2026, on Plaintiffs' Motion for Protective Order

and Request for Attorney Fees and Sanctions, Doc. No. 61 ("the Motion"). Plaintiffs appeared

through counsel, Michael Beltran. Defendant appeared *pro se*. This is the second time these

subpoenas are before the Court, having previously been the subject of the Motion to Quash at

Docket No. 49 and the Order granting the motion at Docket No. 55. At the time of the April 27,

1

2026, hearing on Plaintiffs' Motion to Quash, the Court reminded Mr. Adams that documents sought in future subpoenas must be tied to a specific claim or defense in the matter.

On May 4, 2026, Mr. Adams served notice of intent to issue subpoenas upon the same recipients. The new subpoenas correct technical deficiencies of the previously quashed subpoenas but are substantively identical. The nine proposed recipients are:

American Momentum Bank
c/o Registered Agent Solutions, Inc.
1200 South Pine Island Road
Plantation, FL 33324

Profit Management Solutions
c/o Anthony Cavaluzzi
3848 Sun City Ctr Blvd., Ste 104 #302
Ruskin, FL 33573

FieldPulse LLC
c/o Kenneth Hattaway Jr.
3603 Alafia Creek St.
Plant City, FL 33567

Republic Bank & Trust Company
c/o Wendy Penley
10577 State Road 54
New Port Richey, FL 34655

Google LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Ruth King Consulting
3883 Rogers Bridge Rd., Ste 205B
Duluth, GA 30097

PayPal, Inc. (Venmo)
c/o CT Corporation System
1200 S Pine Island Rd.
Plantation, FL 33324

Service Titan, Inc.
c/o Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

Snyder, Snyder, & Kessenich CPA Firm
LLP / Matt Kessenich
1016 Ponce De Leon Blvd, Ste 3
Belleair, FL 33756

Plaintiffs timely filed the instant motion. After reviewing the pleadings and considering the position of the parties, it is

**ORDERED:**

1.    The Motion is GRANTED as described herein.

2.    As to the proposed subpoenas to (1) American Momentum Bank, (2) PayPal, Inc., (3) Profit Management Solutions, (4) Republic Bank & Trust Company, (5) Ruth King Consulting,

(6) Service Titan, Inc., and (7) Snyder, Snyder, & Kessenich CPA Firm LLP/Matt Kessenich, Mr. Adams has failed to demonstrate that the documents sought are tied to any claim or defense in this matter. As a result, the Court orders such discovery shall not be had and the subpoenas shall not be served.

3.      As to the subpoena to Google, LLC, the Court finds that the documents sought are relevant but the time period is overly broad. As to all categories of documents sought, the applicable time period for response shall be **October 1, 2023, through July 31, 2024.**

4.      For any materials produced to Mr. Adams as a result of the subpoena, Google, LLC, shall provide an identical copy to counsel for Plaintiffs via email or U.S. Mail:

> Michael P. Beltran
> Beltran Litigation, P.A.
> 4920 W. Cypress St., Suite 104 PMB 5089
> Tampa, FL 33607-3827
> T: 813-870-3073
> mike@beltranlitigation.com

5.      As to the subpoena to FieldPulse, LLC, near the conclusion of the hearing, Mr. Adams asked the Court to permit the subpoena to FieldPulse, LLC, on the basis that it requests migration data relevant to his defense of Plaintiffs' theft of trade secrets claim. **To the extent the FieldPulse subpoena requests migration data, the Court will permit the subpoena in this limited scope.** The Court GRANTS the motion for protective order as to all other aspects of the subpoena.

6.      Should FieldPulse identify responsive documents, they shall <u>only</u> be produced to the Court for *in camera* review to ensure no Jenergy client information was included. FieldPulse shall send all documents to the following address, referencing the above-captioned matter:

> Hon. Catherine Peek McEwen
> Courtroom 8B
> Sam M. Gibbons United States Courthouse

801 N. Florida Avenue
Tampa, FL 33602

7.  Because Mr. Adams could not demonstrate the relevancy of seven subpoenas and two required modification – despite receiving reminders as to the scope of permitted discovery during the April 27, 2026, hearing – Plaintiffs' request for attorney fees and sanctions is GRANTED.

8.  Mr. Adams is ordered to pay Plaintiffs' attorney fees associated with filing the instant motion, appearing for the hearing, and preparing the proposed order. The amount is to be determined by a fee application to be filed within 30 days.

9.  As to Plaintiffs' *ore tenus* request for direction as to continuing the motion for summary judgment deadline, the Court permits a motion to extend the deadline to be filed upon seven (7) days negative notice.

Plaintiffs' attorney is directed to serve a copy of this order on interested parties who do not receive service via CM/ECF and file a proof of service within three days of entry of this order.