UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,

_____/

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

Adv. Proc. No.: 8:25-ap-00296-CPM

Related Case No. 8:25-bk-02056-CPM
Chapter 7 Debtor.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 8, 2026, pursuant to the parties' agreement for email service, a copy of the Order Granting Motion for Protective Order and Request for Attorney Fees and Sanctions (Doc. 73) was served via email to:

     Robert Edward Lee Adams
     1214 Middlesex Dr.
     Trinity, FL 34685
     robert.adams@mac.com; robert@smv.llc

Filed: June 8, 2026.

Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

Pursuant to the parties' agreement for email service, I will send a copy to Defendant Debtor at:

Robert Edward Lee Adams
robert.adams@mac.com; robert@smv.llc

*/s/ Michael Paul Beltran*
Michael P. Beltran
