**[noftrnsa]** [Notice Regarding Filing of Transcript AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:25−bk−02056−CPM
                                                Chapter 7

Robert Edward Lee Adams


_____Debtor(s)_____/

Jenergy Air Services, LLC, a Florida limited
liability company

et al

        Plaintiff(s)


vs.                                             Adv. Pro. No. 8:25−ap−00296−CPM


Robert Edward Lee Adams, a Florida individual


_____Defendant(s)_____/


NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO
REQUEST REDACTION OF TRANSCRIPT

    Notice is hereby given that an official transcript of a proceeding held on April 27, 2026 has been filed on June 2, 2026 , by the court reporter in the above captioned matter.

    Pursuant to Local Rule 5077−1, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

    Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

    If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

        DATED on June 10, 2026 .

                FOR THE COURT
                Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

Copies Furnished to All Parties to the Hearing