United States Bankruptcy Court

Middle District of Florida

Jenergy Air Services, LLC, a Florida lim,

    Plaintiff

Adams, a Florida individual,

    Defendant

Adv. Proc. No. 25-00296-CPM

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: noftrnsa | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID**  **Recipient Name and Address**
dft  + Robert Edward Lee Adams, a Florida individual, 1214 Middlesex Dr., Trinity, FL 34655-4241

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael P Beltran | on behalf of Plaintiff Jenergy Air Services  LLC, a Florida limited liability company mike@beltranlitigation.com, anastasia_wagner@outlook.com |
| Michael P Beltran | on behalf of Plaintiff Jennifer Reynolds  an Individual mike@beltranlitigation.com, anastasia_wagner@outlook.com |

TOTAL: 2

**[noftrnsa]** [Notice Regarding Filing of Transcript AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                      Case No. 8:25−bk−02056−CPM
                                            Chapter 7

Robert Edward Lee Adams


_____Debtor(s)_____/

Jenergy Air Services, LLC, a Florida limited
liability company

et al

      Plaintiff(s)

vs.                                         Adv. Pro. No. 8:25−ap−00296−CPM


Robert Edward Lee Adams, a Florida individual


_____Defendant(s)_____/


NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

   Notice is hereby given that an official transcript of a proceeding held on April 27, 2026 has been filed on June 2, 2026 , by the court reporter in the above captioned matter.

   Pursuant to Local Rule 5077−1, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

   Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

   If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

      DATED on June 10, 2026 .

                  FOR THE COURT
                  Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602


Copies Furnished to All Parties to the Hearing