UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,                    Adv. Proc. No.: 8:25-ap-00296-CPM

_____/                     Related Case No. 8:25-bk-02056-CPM
                                                     Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,


v.


ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within seven (7) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

1

**Plaintiffs' Provisional, Superseding Motion to Extend**
**Deadline to File Summary Judgment Motions**

Plaintiffs, JENERGY AIR SERVICES, LLC ("Jenergy") and JENNIFER REYNOLDS ("Reynolds") (collectively "Plaintiffs"), move to extend the deadline for parties to file motions for summary judgment from June 22, 2026, to 30 days after Defendant cures his deficient document production. In support of this motion, Plaintiffs state as follows:

1. Pursuant to the January 16, 2026, Order Setting Final Pretrial and Scheduling Trial (Doc. 31), the original deadline for filing motions for summary judgment was June 1, 2026. At the May 26, 2026, hearing on Plaintiffs' Motion for Protective Order, Plaintiffs raised the issue that a fair opportunity to move for summary judgment on all available claims required Defendant's full, long-overdue document production. Upon the Court's suggestion, Plaintiffs filed a motion to extend with negative notice, requesting the deadline be moved to June 22, 2026. (Doc 70).

2. Between May 27, 2026, and the date of this motion, Defendant produced <u>zero</u> additional documents, much less cured all outstanding issues. Defendant continues to obstruct and delay producing documents Plaintiffs sought in December 2025 and to which the Court ordered produced in full by May 18, 2026. (Doc. 58).

3. On May 21, 2026, Plaintiffs filed a motion for sanctions on the basis of non-compliance with the Order on the motion to compel. (Doc. 65).

4. Plaintiffs continue to anticipate Defendant's unproduced documents will be relevant to their motion for summary judgment, whether full or partial.

5. To provide Plaintiffs a full and fair opportunity to seek summary judgment as to all applicable claims, and in light of the fact that documents that should have been produced in January 2026 remain outstanding nearly six months and one Order Granting Motion to Compel later,

Plaintiffs request the summary judgment deadline be extended to 30 days following receipt of Defendant's full document production.

6.      Plaintiffs make this motion provisionally because the Court is scheduled to hear Plaintiffs' Motion for Sanctions on June 22, 2026, and should strike Defendant's pleadings at that time. *See Wyndham Vacation Ownership, Inc., et al. v. Slattery, Sobel & DeCamp, LLP, et al.*, in the United States District Court for the Middle District of Florida, Case No. 6:19-cv-1908-WWB-EJK, Doc. 599 at 10-12, filed Nov. 10, 2021 ("The bottom line is this: the Marketing Defendants have completely frustrated the orderly and expeditious disposition of this case… The undersigned can see no way for Plaintiffs to effectively prosecute their case without a months-long extension of the discovery deadline…. Under these circumstances, and as discussed below, the undersigned finds that no sanction short of default would be appropriate."

7.      WHEREFORE, Plaintiffs respectfully (and provisionally, in light of the pending request for case-dispositive sanctions) request the Court extend the current summary judgment deadline from June 22, 2026, to 30 days following receipt of Defendant's full document production.

Filed: June 21, 2026.                                    Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I will file a copy of the foregoing on the Court's electronic systems, which will send a copy to all counsel of record, and will send a copy to Defendant Debtor at:

Robert Edward Lee Adams
robert@smvllc.com
robert.adams@mac.com
*per 5/28/26 agreement for electronic service*

*/s/ Michael Paul Beltran*
Michael P. Beltran