UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,             Adv. Proc. No.: 8:25-ap-00296-CPM

_____/            Related Case No. 8:25-bk-02056-CPM
                                             Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

### Plaintiffs' Motion to Compel and for Attorney Fees and Sanctions

Plaintiffs, JENERGY AIR SERVICES, LLC ("Jenergy") and JENNIFER REYNOLDS ("Reynolds") (collectively "Plaintiffs"), move pursuant to Fed. R. Bankr. P. 7037, Fed. R. Civ. P. 37, and M.D. Fla. LBR 7037-1 for an order compelling ROBERT ADAMS ("Defendant") to fully and completely respond to Jenergy's Requests for Production of Documents, served April 3, 2026. In support of this motion, Plaintiffs state as follows:

1.     Jenergy served requests for production of documents upon Defendant on April 3, 2026. *See* Exhibit A.

2.     To date, no responses have been served.

3.     As no objections were served within 30 days, all objections have been waived.

1

4. Plaintiffs have emailed Defendant regarding the status of the responses; however, given Defendant's long-standing pattern of obstruction and delay, this motion is necessary.

5. This is now the fifth discovery motion that Plaintiffs have been required to file due to Defendant's refusal to comply with his discovery obligations. (See Doc. 43, Motion to Compel; Doc. 49, Emergency Motion to Quash Subpoenas; Doc. 61, Motion for Protective Order re Renoticed Subpoenas; Doc. 65, Motion for Sanctions).

6. At this point, Defendant has demonstrated that no amount of Court admonition or monetary sanctions will secure his compliance with discovery obligations. As a result, Plaintiffs respectfully request the Court issue case dispositive sanctions permitted by Rule 37(b)(2)(A), such as striking Defendant's answer.

7. WHEREFORE, Plaintiffs respectfully request the Court grant the instant Motion and strike Defendant's answer. Should the Court believe case dispositive sanctions are not warranted at this time, Plaintiffs alternatively ask the Court to order Defendant to provide full and complete responses to Jenergy's April 3, 2026, Requests for Production of Documents.

Filed: June 21, 2026.

Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic systems, which will send a copy to all counsel of record, and will email a copy to Defendant Debtor at:

Robert Edward Lee Adams
Robert@smv.llc
Robert.adams@mac.com


/s/ *Michael Paul Beltran*
Michael P. Beltran

3