UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,                    Adv. Proc. No.: 8:25-ap-00296-CPM

_____/                   Related Case No. 8:25-bk-02056-CPM
                                                    Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

**Emergency Motion for Leave to Permit Remote Witness Appearance**

Plaintiffs, JENERGY AIR SERVICES, LLC ("Jenergy") and JENNIFER REYNOLDS ("Reynolds") (collectively "Plaintiffs"), move for leave to permit Anastasia Wagner to appear remotely at the trial on Plaintiffs' Motion for Sanctions scheduled for Friday, June 22, 2026. In support of this motion, Plaintiffs state as follows:

1. During the June 22, 2026, hearing on Plaintiffs' Motion for Sanctions (Doc. 65), the Court scheduled a trial for Friday, June 26, 2026, to establish the documents Defendant has not produced despite Court order.

2. Anastasia Wagner assists the undersigned with the instant case and is the person most familiar with Defendant's discovery responses and production.

1

3.      It is anticipated Ms. Wagner's testimony will be necessary to address Defendant's production deficiencies.

4.      Ms. Wagner lives in Nebraska and is the primary caregiver for a family member.

5.      She is not able to travel to Tampa for the June 26 trial but can appear remotely.

6.      Plaintiffs phoned Defendant and left a voicemail to determine his position on this motion; however, as of the time of filing, no response has been received.

7.      A Certification of Necessity accompanies this motion.

8.      WHEREFORE, Plaintiffs respectfully request the Court grant leave for Ms. Wagner to appear remotely for the June 26, 2026, trial on Plaintiffs' Motion for Sanctions.

Filed: June 22, 2026.

Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic systems, which will send a copy to all counsel of record, and will email a copy to Defendant Debtor at:

Robert Edward Lee Adams
Robert@smv.llc
Robert.adams@mac.com

*/s/ Michael Paul Beltran*
Michael P. Beltran

2