UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,                    Adv. Proc. No.: 8:25-ap-00296-CPM

_____/                    Related Case No. 8:25-bk-02056-CPM
                                                     Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY RELIEF

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**Plaintiffs' Emergency Motion for Leave to Permit Remote Witness Appearance**

I CERTIFY FURTHER that there is a true necessity for emergency relief, specifically, because the Motion seeks relief associated with the June 26, 2026, trial on Plaintiffs' Motion for Sanctions (Doc. 65). The trial and trial date were not scheduled until June 22, 2026. As a result, there was not an opportunity to file this motion on a non-emergency basis.

1

I CERTIFY FURTHER that the that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Filed: June 22, 2026.                                    Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*