

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/22/2026 11:00 AM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:25-bk-02056-CPM** | **Chapter 7** | **08/19/2025** |

**ADVERSARY:   8:25-ap-00296-CPM**          **Pltf Atty:**   Michael P Beltran

**Dft Atty:**

**DEBTOR:**          Robert Edward Lee Adams

**HEARING:**

Jenergy Air Services, LLC, a Florida limited liabi v. Adams, a Florida individual

Motion For Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual (related document(s)[58]). (Attachments: # [1] Exhibit A - Production Cover Letter # [2] Exhibit B - Privilege Log) (Beltran, Michael) Doc #65
NOTE:
- Final Pretrial Conference - 7/13/2026 at 11:00 a.m.
- Trial 8/3, 8/4, 8/5[1/2 day], 8/6, 8/7, 8/10 [1/2 Day]
.

**APPEARANCES:**:
AAPPEARANCES: in person: Michael Beltran, Jennifer Reynolds, Ricardo Gianvito, Anastasia Wagner, Robert Adams, Joel Reynolds (observing)

**RULING:**
Motion For Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual (related document(s)[58]). (Attachments: # [1] Exhibit A - Production Cover Letter # [2] Exhibit B - Privilege Log) (Beltran, Michael) Doc #65

 ...Court to set Trial 6/26/2026 at 9:30 a.m. [1 Day] - Order by Chambers...

NOTE:

- Final Pretrial Conference - 7/13/2026 at 11:00 a.m.

- Trial 8/3, 8/4, 8/5[1/2 day], 8/6, 8/7, 8/10 [1/2 Day]

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.