ORDERED.

**Dated:  June 22, 2026**

Catherine M°Ewen

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Robert Edward Lee Adams                                  Case No. 8:25−bk−02056−CPM

Chapter 7

_____Debtor*_____/

Jenergy Air Services, LLC, a Florida limited
liability company

          Plaintiff**

                                                         Adv. Pro. No. 8:25−ap−00296−CPM

vs.

Robert Edward Lee Adams, a Florida individual

_____Defendant**_____/

## ORDER SCHEDULING TRIAL

The Court will conduct a trial in this adversary proceeding on June 26, 2026, at 9:30 a.m. in Courtroom 8B, Sam M. Gibbons Courthouse, 801 N. Florida Avenue, Tampa, Florida. Accordingly, it is **ORDERED:**

1.      Exhibits.  Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits before the trial begins.

2.      Self−Authentication.  If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must bring to trial the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted.

3.      Robert Edward Lee Adams is authorized to bring his cell phone/Laptop into the courthouse effective June 26, 2026, through the end of June 26, 2026, for a trial with the Honorable Catherine Peek McEwen.

**Avoid Delays.** You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...
*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.
**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.