ORDERED.

**Dated:  June 23, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,

_____/

Adv. Proc. No.: 8:25-ap-00296-CPM

Related Case No. 8:25-bk-02056-CPM
Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

     Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

     Defendant

_____/

**ORDER GRANTING EMERGENCY MOTION
FOR LEAVE TO PERMIT REMOTE WITNESS APPEARANCE**

THIS CASE is before the Court on Plaintiffs' June 22, 2026, Emergency Motion for Leave to Permit Remote Witness Appearance, which seeks leave for Anastasia Wagner, a potential witness for Plaintiffs, to appear remotely at the June 26, 2026, trial on Plaintiffs' Motion for Sanctions (Doc. 65).

1

After reviewing the motion and Certification of Necessity, the Court finds good cause exists to allow Ms. Wagner's remote appearance.

Accordingly, it is

**ORDERED:**

1.      The Motion is GRANTED.

2.      Ms. Wagner may appear remotely on June 26, 2026, and shall follow the Court's procedures regarding courtroom decorum for remote appearances.

3.      All other witnesses shall appear in person.

Plaintiffs' attorney is directed to serve a copy of this order on interested parties who do not receive service via CM/ECF and file a proof of service within three days of entry of this order.