United States Bankruptcy Court

Middle District of Florida

Jenergy Air Services, LLC, a Florida lim,

    Plaintiff

Adams, a Florida individual,

    Defendant

Adv. Proc. No. 25-00296-CPM

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdfdoc | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Jenergy Air Services, LLC, a Florida limited liabi, 9075 130th Ave N., Largo, FL 33773-1405 |
| pla | + | Jennifer Reynolds, an Individual, 9075 130th Ave N., Largo, FL 33773-1405 |
| intp | + | Joel Reynolds, 14455 Larboard Lane, Largo, FL 33774-2810 |
| md | + | Lara J. Tibbals, Tibbals Mediation, LLC, 4030 Henderson Blvd Suite 590, Tampa, FL 33629-4940 |
| dft | + | Robert Edward Lee Adams, a Florida individual, 1214 Middlesex Dr., Trinity, FL 34655-4241 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | ^ | MEBN | Jun 23 2026 22:09:55 | Heidi O'Brien, DOJ-Ust, 400 West Washington Street, Ste 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 23 2026 22:17:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Jun 23 2026 22:17:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1903 |
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 23 2026 22:17:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Jun 23 2026 22:17:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | \*+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | \*+ | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113A-8

Date Rcvd: Jun 23, 2026

User: admin

Form ID: pdfdoc

Page 2 of 2

Total Noticed: 10

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael P Beltran | on behalf of Plaintiff Jenergy Air Services  LLC, a Florida limited liability company mike@beltranlitigation.com, anastasia_wagner@outlook.com |
| Michael P Beltran | on behalf of Plaintiff Jennifer Reynolds  an Individual mike@beltranlitigation.com, anastasia_wagner@outlook.com |

TOTAL: 2

ORDERED.

**Dated:  June 22, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Robert Edward Lee Adams

        Debtor*       /

Case No. 8:25–bk–02056–CPM
Chapter 7

Jenergy Air Services, LLC, a Florida limited
liability company

        Plaintiff**

Adv. Pro. No. 8:25–ap–00296–CPM

vs.

Robert Edward Lee Adams, a Florida individual

        Defendant**    /

## <u>ORDER SCHEDULING TRIAL</u>

The Court will conduct a trial in this adversary proceeding on June 26, 2026, at 9:30 a.m. in Courtroom 8B, Sam M. Gibbons Courthouse, 801 N. Florida Avenue, Tampa, Florida. Accordingly, it is **ORDERED:**

1.     Exhibits.  Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits before the trial begins.

2.     Self−Authentication.  If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must bring to trial the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted.

3.     Robert Edward Lee Adams is authorized to bring his cell phone/Laptop into the courthouse effective June 26, 2026, through the end of June 26, 2026, for a trial with the Honorable Catherine Peek McEwen.

**<u>Avoid Delays.</u>** You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.
...
*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.
**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.