UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,        Adv. Proc. No.: 8:25-ap-00296-CPM

_____/        Related Case No. 8:25-bk-02056-CPM
Chapter 7 Debtor.

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

      Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

      Defendant

_____/

**PLAINTIFFS' EXHIBIT LIST**

(Trial on Plaintiffs' Motion for Sanctions, Doc. 65)
Trial Date: June 26, 2026

| Exhibit Number | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Plaintiff Jennifer Reynolds' Requests for Production of Documents to Adams, dated December 19, 2025 | | | |
| 2 | Text Messages between Adams and Joel Reynolds, produced May 18, 2026 (88 pages) | | | |
| 3 | Text Messages between Adams and Joel Reynolds, produced June 21, 2026 (857 pages) | | | |
| 4 | Emails between Adams and Joel Reynolds, produced May 26, 2026 | | | |
| 5 | Cover Letter from Adams' May 26, 2026, Production | | | |
| 6 | Emails between Adams and Michael Brundate, produced May 26, 2026 | | | |

1

| 7 | Texts between Adams and Pete Dudley dated December 12, 2023, bates ADAMS-PROD-0050 | | | |
|---|---|---|---|---|
| 8 | Texts between Adams and Pete Dudley dated December 20, [year blocked], bates ADAMS-PROD-0053 | | | |
| 9 | Texts between Adams and Pete Dudley, undated, bates ADAMS-PROD-0054 | | | |
| 10 | Texts between Adams and Julie Reynolds dated October 9, 2023, through February 29, 2024, bates ADAMS-PROD-0059 | | | |
| | Exhibits identified by any other party | | | |
| | Any document necessary for foundation, impeachment, or rebuttal | | | |

Filed: June 23, 2026.

Respectfully submitted,

*/s/ Michael Paul Beltran*
Michael P. Beltran (Fla. Bar No. 93184)
Beltran Litigation, P.A.
4920 W. Cypress St.,
Suite 104, PMB 5089
Tampa, FL 33607-3827
813-870-3073
mike@beltranlitigation.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to the parties' agreement for email service, I will send a copy to Defendant Debtor at:

Robert Edward Lee Adams
robert.adams@mac.com; robert@smv.llc

*/s/ Michael Paul Beltran*
Michael P. Beltran