**Filed in open court
06/26/2026**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ROBERT EDWARD LEE ADAMS,

_____/

JENERGY AIR SERVICES, LLC,
a Florida limited liability company,
JENNIFER REYNOLDS, an individual,

    Plaintiffs,

v.

ROBERT EDWARD LEE ADAMS, a Florida individual,

    Defendant

_____/

Adv. Proc. No.: 8:25-ap-00296-CPM

Related Case No. 8:25-bk-02056-CPM
Chapter 7 Debtor.

**Defendants' Exhibit List**
(Trial on Plaintiffs' Motion for Sanctions, Doc. 65)
Trial Date: June 26, 2026

| Exhibit Number | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| | *See attached* | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1

## DOC 65 RESPONSE BINDER - FRONT INDEX

Adv. Pro. No. 8:25-ap-00296-CPM. Hand-up page for the podium. Read positions verbatim.

STRONG marker = item carries on the produced record. Unmarked items rest on the stated position.

| Tab | Item | Position (say aloud) | Service date | Document or position-only | Strength |
|---|---|---|---|---|---|
| D1 | RFP 26, Brundage emails | Brundage communications produced May 26, 2026 as 94 thread files, identified in the cover letter served with them, plus 8 standalone Brundage thread attachments served June 21, 2026 (AMSS and CAC operating agreements re-served unredacted June 23, 2026). | May 26, 2026 / June 21, 2026 / June 23, 2026 | Document | STRONG |
| D2 | RFP 26, count discrepancy | No shortfall. The production contains 312 messages across 94 threads, exceeding the 201 referenced. Thread count is not message count. | May 26, 2026 | Document | STRONG |
| D3 | RFP 2, Joel thread date coverage | Complete Joel thread produced June 21. Thread begins February 1, 2024; no earlier messages in my possession. 857 pages, provided separately. | June 21, 2026 | Document | STRONG |
| D4 | RFP 2, Joel thread inline attachments | Complete thread produced. The export tool does not separately extract embedded attachments. I request the Court's direction on form and timeline. | None | Position only | |

1

| Tab | Item | Position (say aloud) | Service date | Document or position-only | Strength |
|---|---|---|---|---|---|
| D5 | RFP 6, studio-build labor | Studio-build expense record produced in native form; Home Depot receipt produced. No separate receipts or checks exist in my possession after reasonable search. | June 21, 2026 | Document | |
| D6 | RFP 6, employee purchases | Responsive purchase receipt produced. I object to a statement-by-statement search of closed former accounts as disproportionate under Rule 26. | June 21, 2026 (D5 receipt); statements previously produced | Document | |
| D7 | RFP 8, bank statements / funds to close | RFP 8 is disjunctive: bank statements AND/OR loan approval showing funds to close. I produced the loan approval, the Newtek SBA 7(a) approval for $525,000 dated January 18, 2024 (PROD-002), which satisfies the request. The Court noted the disjunctive. Acquisition-window bank statements were not located; the Regions accounts are closed. The loan approval is the operative responsive document and is also at Tab D14. | Feb 25 and 27, 2026 (ADAMS-PROD-002); May 18, 2026 (Regions limitations); June 21, 2026 (Response brief) | Document | STRONG |

2

| Tab | Item | Position (say aloud) | Service date | Document or position-only | Strength |
|-----|------|----------------------|--------------|---------------------------|----------|
| D8 | RFP 23, Perzel valuation | The Perzel valuation is an underlying forensic valuation, not mediation work product. Produced as a responsive document. | June 21, 2026 | Document | STRONG |
| D9 | PROD-003 page 257 attachment (no RFP cited) | Doc 65 cites no RFP for this item. Nothing was attached to the email as received; none exists in my possession because none was received. | None | Position only | |
| D10 | PROD-050 full chain (no RFP cited) | Doc 65 cites no RFP for this item. Repair-contractor communication; excerpt in my possession produced; full chain not available to me in exportable form; I request the Court's direction. | None | Position only | |
| D11 | PROD-053 and 054 full chain (no RFP cited) | Doc 65 cites no RFP for this item. Same posture as D10, same contractor. | None | Position only | |
| D12 | PROD-059 Julie Reynolds plus Brundage letter (no RFP cited) | Doc 65 cites no RFP for this item. No old-set request reaches communications with Julie Reynolds, who Plaintiffs' own pleadings place on Adams's side. Produced and complete; natural beginning and end, no truncation. | June 21, 2026 | Document | STRONG |

3

| Tab | Item | Position (say aloud) | Service date | Document or position-only | Strength |
|---|---|---|---|---|---|
| D13 | RFP 3, native spreadsheet | Produced the responsive spreadsheet in native format. The old-set RFP 3 contains no native-format instruction. | June 21, 2026 | Document | STRONG |
| D14 | RFP 5, SBA loan application and underwriting | My SBA financing was approved. The Newtek SBA 7(a) loan approval for $525,000, dated January 18, 2024, with me as unlimited guarantor and Melissa Adams as limited guarantor, was produced as ADAMS-PROD-002 and served February 25 and 27, 2026. The loan application and underwriting file are held by the lender. I produced the approval and the underwriting-questions correspondence in my possession. | Feb 25 and 27, 2026 (ADAMS-PROD-002); June 21, 2026 (UW questions, BK doc) | Document | STRONG |
| D15 | RFP 4, post-departure customer communications | After a reasonable search, I located no communications with Jenergy customers following the repudiation. None exist in my possession. | None | Position only | |

4