ORDERED.

**Dated:  June 29, 2026**

_Catherine M. Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

  Robert Edward Lee Adams,

            Debtors.

_____/

Case No. 8:25-bk-02056-CPM
Chapter 7

JENERGY AIR SERVICES, LLC,
a Florida limited liability company, and
JENNIFER REYNOLDS, an individual,

    Plaintiff,

vs.

ROBERT EDWARD LEE ADAMS, a
Florida individual,

    Defendants,

_____/

Adv. No. 8:25-ap-00296-CPM

**ORDER DISAPPROVING DEFENDANT'S RENEWED
APPLICATION FOR PRO BONO COUNSEL**

THIS PROCEEDING came on for consideration of the Renewed Application for Pro Bono Counsel filed by Defendant Robert Edward Lee Adams on April 23, 2026 (Doc. No. 52). The Court has been unable to find an attorney through the Legal Assistance Program to serve as pro bono counsel for the Plaintiff. Accordingly, it is

**ORDERED** that:

1.   The Defendant's Application for Pro Bono Counsel (Doc. No. 52) is hereby disapproved.

2.   The Defendant will continue on in this adversary proceeding as a pro se party or until such time as he can obtain counsel on his own.

The Clerk's office is directed to serve a copy of this order on interested parties.