

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/26/2026 09:30 AM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

CASE NUMBER:                                     FILING DATE:

**8:25-bk-02056-CPM**          **Chapter 7**              **08/19/2025**

**ADVERSARY:   8:25-ap-00296-CPM**          **Pltf Atty:**  Michael P Beltran

                                                 **Dft Atty:**

**DEBTOR:**          Robert Edward Lee Adams

**HEARING:**

Jenergy Air Services, LLC, a Florida limited liabi v. Adams, a Florida individual

Trial on Motion For Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual (related document(s)58). (Attachments: # 1 Exhibit A - Production Cover Letter # 2 Exhibit B - Privilege Log) Doc #65
NOTE:
- Final Pretrial Conference - 7/13/2026 at 11:00 a.m.
- Trial 8/3, 8/4, 8/5[1/2 day], 8/6, 8/7, 8/10 [1/2 Day]
.

**APPEARANCES:**:
AAPPEARANCES: in person: Michael Beltran, Robert Adams, Joel Reynolds (observing) AAPPEARANCES: via zoom: Anastasia Wagner

WITNESS: Anastasia Wagner [time: 9:53 a.m. - 10:57 a.m., 11:35 a.m. - 11:59 a.m.]
WITNESS: Robert Adams [time 1:43 p.m. - 3:08 p.m., 3:08 p.m. - 3:10 p.m.]

EXHIBITS:   Plaintiff's Exhibits 1 - 10 admitted 6/26/2026 without objection

**RULING:**
Trial on Motion For Sanctions Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual (related document(s)58). (Attachments: # 1 Exhibit A - Production Cover Letter # 2 Exhibit B - Privilege Log) Doc #65

 ...Granted (to the extent announced by the Court) - Order by Beltran...

NOTE:

- Final Pretrial Conference - 7/13/2026 at 11:00 a.m.

- Trial 8/3, 8/4, 8/5[1/2 day], 8/6, 8/7, 8/10 [1/2 Day]

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.