United States Bankruptcy Court

Middle District of Florida

Jenergy Air Services, LLC, a Florida lim,

    Plaintiff

Adams, a Florida individual,

    Defendant

Adv. Proc. No. 25-00296-CPM

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: pdfdoc | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Jenergy Air Services, LLC, a Florida limited liabi, 9075 130th Ave N., Largo, FL 33773-1405 |
| pla | + | Jennifer Reynolds, an Individual, 9075 130th Ave N., Largo, FL 33773-1405 |
| intp | + | Joel Reynolds, 14455 Larboard Lane, Largo, FL 33774-2810 |
| md | + | Lara J. Tibbals, Tibbals Mediation, LLC, 4030 Henderson Blvd Suite 590, Tampa, FL 33629-4940 |
| dft | + | Robert Edward Lee Adams, a Florida individual, 1214 Middlesex Dr., Trinity, FL 34655-4241 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | ^ | MEBN | Jun 30 2026 22:50:33 | Heidi O'Brien, DOJ-Ust, 400 West Washington Street, Ste 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 30 2026 22:56:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Jun 30 2026 22:57:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1903 |
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 30 2026 22:57:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Jun 30 2026 22:57:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | *+ | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113A-8                                    User: admin                                              Page 2 of 2

Date Rcvd: Jun 30, 2026                          Form ID: pdfdoc                                    Total Noticed: 10

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Michael P Beltran | on behalf of Plaintiff Jenergy Air Services  LLC, a Florida limited liability company mike@beltranlitigation.com, anastasia_wagner@outlook.com |
| Michael P Beltran | on behalf of Plaintiff Jennifer Reynolds  an Individual mike@beltranlitigation.com, anastasia_wagner@outlook.com |

TOTAL: 2

ORDERED.

**Dated: June 29, 2026**

_Catherine McEwen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

   Robert Edward Lee Adams,
          Debtors.

_____/

JENERGY AIR SERVICES, LLC,
a Florida limited liability company, and
JENNIFER REYNOLDS, an individual,

   Plaintiff,

vs.

ROBERT EDWARD LEE ADAMS, a
Florida individual,

   Defendants,

_____/

Case No. 8:25-bk-02056-CPM
Chapter 7

Adv. No. 8:25-ap-00296-CPM

**ORDER DISAPPROVING DEFENDANT'S RENEWED
APPLICATION FOR PRO BONO COUNSEL**

THIS PROCEEDING came on for consideration of the Renewed Application for

Pro Bono Counsel filed by Defendant Robert Edward Lee Adams on April 23, 2026

(Doc. No. 52). The Court has been unable to find an attorney through the Legal

Assistance Program to serve as pro bono counsel for the Plaintiff. Accordingly, it is

   **ORDERED** that:

1.  The Defendant's Application for Pro Bono Counsel (Doc. No. 52) is hereby disapproved.

2.  The Defendant will continue on in this adversary proceeding as a pro se party or until such time as he can obtain counsel on his own.

The Clerk's office is directed to serve a copy of this order on interested parties.