

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

# PRO MEMO

07/07/2026 10:00 AM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|

**8:25-bk-02056-CPM**        **Chapter 7**                **08/19/2025**

**ADVERSARY:   8:25-ap-00296-CPM**              **Pltf Atty:**   Michael P Beltran

                                                    **Dft Atty:**

**DEBTOR:**            Robert Edward Lee Adams

**HEARING:**

Jenergy Air Services, LLC, a Florida limited liabi v. Adams, a Florida individual

Motion to Compel Responses to 4/3/26 RFPD. and Request for Fees and Sanctions. Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual. (Attachments: # [1] Exhibit A - 4/3/26 RFPD to Adams) (Beltran, Michael) Doc #78

**APPEARANCES:**:
AAPPEARANCES: in person: Robert Adams, Michael Beltran

**RULING:**
Motion to Compel Responses to 4/3/26 RFPD. and Request for Fees and Sanctions. Filed by Michael P Beltran on behalf of Plaintiffs Jenergy Air Services, LLC, a Florida limited liability company, Jennifer Reynolds, an Individual. (Attachments: # [1] Exhibit A - 4/3/26 RFPD to Adams) (Beltran, Michael) Doc #78

  ...Withdrawn in open court without prejudice based on the parties settlement agreement ; the Trial scheduled for 8/3/2026, 8/4/2026, 8/5/2026, 8/6/2026, 8/7/2026 and 8/10/2026 is cancelled.

  - Mr. Robert Adams sworn in and placed under oath to testify that he does not possess any property of Jenergy Air Services, LLC [physical, intangible or electronic].

  Parties announced a Joint Stipulation on the record   [nondischargeable judgment in the amount of $80,000.00 that represents attorneys fees and a portion of damages], agreed to mutual releases, no admissions except to support a finding under §523(a)(6). Defendant to pay $600.00 a month beginning 8/1/2026 [default provision: 5 day grace period, 5 day notice period]. State Court cases to be dismissed.

  ...Order on Joint Stipulation for Settlement (Approving) §727 request withdrawn.   Clerk is directed to serve the Chapter 7 Trustee and the United States Trustee with the Order as required by FRBP 7041 of the Objection to Discharge.   The Court will enter a separate Final Judgment - Order by Beltran...

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.